SPIRO, MOSS LLP
Ira Spiro, State Bar No. 67641
11377 W. Olympic Blvd.
5th Floor
Los Angeles, CA 90064
Tel: 310.235.2468
Fax: 310.235.2456
E-mail ira@spiromoss.com

Attorney for Plaintiff
SHAWN BLOUIN


MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
JENNIFER A. LOCKHART, State Bar No. 236972
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: dlandy@morganlewis.com

Attorneys for Defendant
COMCAST CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BLOUIN, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORP. and DOES 1-50,<br><br>Defendants. | Case No. 3:08-CV-04787-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

DB2/21158360.1

Plaintiff Shawn Blouin ("Plaintiff") and Defendant Comcast Corporation ("Comcast"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this Stipulation to the Court:

## STIPULATION

WHEREAS, on January 16, 2009, the Court vacated the January 22, 2009 Case Management Conference and issued a Case Management Order ("Order");

WHEREAS, according to the Court's Order, the deadline for identifying experts and disclosing all expert reports is July 10, 2009, and the deadline for disclosing expert rebuttal reports is July 23, 2009;

WHEREAS, the Court's Order further provides that the deadline for completing all discovery, including expert discovery, is August 6, 2009, and the deadline for filing dispositive motions is September 17, 2009, with the hearing on dispositive motions set for 10:00 a.m. on October 22, 2009;

WHEREAS, the Parties have engaged in extensive fact discovery;

WHEREAS, the Court's Order refers the parties to private mediation;

WHEREAS, the Parties have selected a mediator;

WHEREAS, the Parties worked cooperatively to identify the earliest possible date for mediation;

WHEREAS, the Parties have scheduled a mediation for September 16, 2009, the first available date with the mutually-agreed upon mediator;

WHEREAS, in an effort to mitigate the litigation costs in this matter, the Parties agreed to postpone all depositions and any expert discovery until after the mediation;

WHEREAS, in light of the September 16, 2009 mediation date, and the Parties' agreement to postpone the depositions and expert discovery in this matter until after the mediation has been completed, the Parties will not have sufficient time to conduct these depositions before the currently scheduled deadline to file dispositive motions, set for September 17, 2009;

WHEREAS, the Parties' inability to take depositions and conduct expert discovery prior

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21158360.1

1

STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES
(CASE NO. 3:08-CV-04787-MEJ)

to the currently-scheduled deadline to file dispositive motions significantly interferes with the Parties' ability to prepare dispositive motions;

WHEREAS, the Parties have not previously requested any extensions of the deadlines set forth in the Court's Order; and

WHEREAS, for good cause and to promote settlement and avoid prejudice that would result to both Parties if the deadlines in this action are not revised, the Parties jointly request an extension of the deadlines set forth in the Court's Order;

NOW, THEREFORE, Plaintiff and Comcast, through their undersigned respective counsel, stipulate and request that the Court approve the following revised schedule:

Expert Witness Disclosures/Reports

| | |
|---|---|
| 11/3/09 | Last day to identify all expert witnesses and serve written expert reports. |
| 11/17/09 | Last day to identify rebuttal experts with disclosures required by Federal Rule of Civil procedure 26(a)(2)(B). |

Close of Discovery:

| | |
|---|---|
| 11/30/09 | Deadline for completion of all discovery, including depositions of expert witnesses. |

Dispositive Motions:

| | |
|---|---|
| 1/7/10 | Last day to file dispositive motions. |
| 2/22/10 | Hearing on dispositive motions at 10:00 a.m. |

Class Certification Motion:

| | |
|---|---|
| 3/11/10 | Last day to file class certification motion. |
| 4/15/10 | Hearing on class certification motion at 10:00 a.m. |

Exchange and Filing of Trial Papers:

| | |
|---|---|
| 5/27/10 | Last day to meet and confer with respect to the preparation and content of joint pretrial conference statement and to exchange all papers described in Federal Rule of Civil Procedure 26(a)(3). |
| 6/10/10 | Last day to file the joint pretrial conference statement, all papers described in Federal Rule of Civil Procedure 26(a)(3) and all motions *in limine*. |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21158360.1

2

STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES
(CASE NO. 3:08-CV-04787-MEJ)

| | | |
|---|---|---|
| 1 | 6/17/10 | Last day to file oppositions to motions *in limine*. |
| 2 | 6/25/10 | Last day to file trial briefs, a joint set of proposed *voir dire* and any separate *voir dire* questions on which counsel cannot agree, joint proposed jury instructions and joint proposed verdict forms. |

Pretrial Conference:

6/24/10   On June 24, 2010, the Court shall hold a pretrial conference in Courtroom B, 15th Floor of the Federal Building, located at 450 Golden Gate Avenue, San Francisco, California.

Final Pretrial Conference:

7/22/10   On July 22, 2010, the Court shall hold a final pretrial conference.

Trial Date:

7/26/10   The trial shall commence on July 26, 2010. The trial shall last 12 days.

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadlines in this action as described herein.

Dated: June 25, 2009

MORGAN, LEWIS & BOCKIUS LLP

By _____
Daryl S. Landy
Attorneys for Defendant
COMCAST CORPORATION

Dated: June ___, 2009

SPIRO, MOSS, BARNESS LLP

By _____
Ira Spiro
Attorneys for Plaintiff
SHAWN BLOUIN

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21158360.1

3

STIPULATION AND [PROPOSED] ORDER
MODIFYING DEADLINES
(CASE NO. 3:08-CV-04787-MEJ)

| | | |
|---|---|---|
| 1 | 6/17/10 | Last day to file oppositions to motions *in limine*. |
| 2 | 6/25/10 | Last day to file trial briefs, a joint set of proposed *voir dire* and any |
| 3 | | separate *voir dire* questions on which counsel cannot agree, joint proposed |
| 4 | | jury instructions and joint proposed verdict forms. |

Pretrial Conference:

6/24/10   On June 24, 2010, the Court shall hold a pretrial conference in Courtroom B, 15th Floor of the Federal Building, located at 450 Golden Gate Avenue, San Francisco, California.

Final Pretrial Conference:

7/22/10   On July 22, 2010, the Court shall hold a final pretrial conference.

Trial Date:

7/26/10   The trial shall commence on July 26, 2010. The trial shall last 12 days.

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadlines in this action as described herein.

Dated: June ___, 2009                    MORGAN, LEWIS & BOCKIUS LLP


By _____
   Daryl S. Landy
   Attorneys for Defendant
   COMCAST CORPORATION


Dated: June 25, 2009                     SPIRO, MOSS, BARNESS LLP


By _____
   Ira Spiro
   Attorneys for Plaintiff
   SHAWN BLOUIN

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21158360.1                           3                    STIPULATION AND [PROPOSED] ORDER
                                                                      MODIFYING DEADLINES
                                                              (CASE NO. 3:08-CV-04787-MEJ)

## ORDER

In light of the foregoing STIPULATION of the Parties and good cause appearing, the Court ORDERS that the deadlines in this case are hereby modified as follows:

Expert Witness Disclosures/Reports

| | |
|---|---|
| 11/3/09 | Last day to identify all expert witnesses and serve written expert reports. |
| 11/17/09 | Last day to identify rebuttal experts with disclosures required by Federal Rule of Civil procedure 26(a)(2)(B). |

Close of Discovery:

| | |
|---|---|
| 11/30/09 | Deadline for completion of all discovery, including depositions of expert witnesses. |

Dispositive Motions:

| | |
|---|---|
| 1/21/10 ~~1/7/10~~ | Last day to file dispositive motions. |
| 2/25/10 ~~2/22/10~~ | Hearing on dispositive motions at 10:00 a.m. |

Class Certification Motion:

| | |
|---|---|
| 3/11/10 | Last day to file class certification motion. |
| 4/15/10 | Hearing on class certification motion at 10:00 a.m. |

Exchange and Filing of Trial Papers:

| | |
|---|---|
| 5/27/10 | Last day to meet and confer with respect to the preparation and content of joint pretrial conference statement and to exchange all papers described in Federal Rule of Civil Procedure 26(a)(3). |
| 6/10/10 | Last day to file the joint pretrial conference statement, all papers described in Federal Rule of Civil Procedure 26(a)(3) and all motions *in limine*. |
| 6/17/10 | Last day to file oppositions to motions *in limine*. |
| 6/25/10 | Last day to file trial briefs, a joint set of proposed *voir dire* and any separate *voir dire* questions on which counsel cannot agree, joint proposed jury instructions and joint proposed verdict forms. |

Pretrial Conference:

| | |
|---|---|
| 6/24/10 | On June 24, 2010, the Court shall hold a pretrial conference in Courtroom |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21158360.1

4

STIPULATION AND [PROPOSED] ORDER
MODIFYING DEADLINES
(CASE NO. 3:08-CV-04787-MEJ)

B, 15th Floor of the Federal Building, located at 450 Golden Gate Avenue, San Francisco, California.

Final Pretrial Conference:

7/22/10    On July 22, 2010, the Court shall hold a final pretrial conference.

Trial Date:

7/26/10    The trial shall commence on July 26, 2010. The trial shall last 12 days.

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadlines in this action as described herein.

Dated: June 29, 2009

_____
HON. MARIA-ELENA JAMES
U.S. District Court Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/21158360.1                    5                    STIPULATION AND [PROPOSED] ORDER
                                                       MODIFYING DEADLINES
                                                       (CASE NO. 3:08-CV-04787-MEJ)