SPIRO, MOSS LLP
Ira Spiro, State Bar No. 67641
11377 W. Olympic Blvd.
5th Floor
Los Angeles, CA 90064
Tel: 310.235.2468
Fax: 310.235.2456
E-mail ira@spiromoss.com

Attorney for Plaintiff
SHAWN BLOUIN


MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
JENNIFER A. LOCKHART, State Bar No. 236972
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: dlandy@morganlewis.com

Attorneys for Defendant
COMCAST CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BLOUIN, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORP. and DOES 1-50,<br><br>Defendants. | Case No. 3:08-CV-04787-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCOVERY AND CLASS CERTIFICATION DEADLINES** |

STIP. AND [PROP.] ORDER CONT. EXPERT
DISC. AND CLASS CERT. DEADLINES
(CASE NO. 3:08-CV-04787-MEJ)

DB2/21326753.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

Plaintiff Shawn Blouin ("Plaintiff") and Defendant Comcast Corporation ("Comcast"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this Stipulation to the Court:

## STIPULATION

WHEREAS, on September 24, 2009, the Court issued an Order continuing the case deadlines based on the Parties' request and agreement to allow additional time to conduct fact discovery before their mediation;

WHEREAS, following the Court's September 29, 2009 order, the Parties engaged in extensive fact discovery; and continue to engage in it;

WHEREAS, on December 16, 2009, the Parties participated in a private mediation with Mark Rudy, a widely respected mediator frequently used in this type of action;

WHEREAS, the Parties have refrained from disclosing experts in order to limit unnecessary litigation costs prior to filing dispositive motions;

WHEREAS, the Parties have met and conferred and agreed to continue the deadline to complete expert discovery, including the deadline to identify experts and the deadline to serve expert reports and rebuttal reports until after the March 4, 2010 deadline for filing dispositive motions, so as to limit the fees and costs associated with expert discovery on class-wide issues;

WHEREAS, the current deadline to identify all expert witnesses and serve expert written reports is December 29, 2009;

WHEREAS, the current deadline to identify all rebuttal experts with disclosures required by Federal Rule of Civil Procedure 26(a)(2)(b) is January 12, 2010;

WHEREAS, the current deadline to file any motion for class certification is May 6, 2010;

WHEREAS, the current hearing date on any motions for class certification is scheduled for June 10, 2010;

WHEREAS, Defendant's lead counsel is unavailable from April 20, 2010 through May 7, 2010 (and therefore is not able to conduct expert discovery during this time period); and

WHEREAS, the proposed new deadline of May 13, 2010 for completing expert discovery would overlap with the current May 6, 2010 deadline for filing a class certification motion;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21326753.1

1

STIP. AND [PROP.] ORDER CONT. EXPERT
DISC. AND CLASS CERT. DEADLINES
(CASE NO. 3:08-CV-04787-MEJ)

NOW, THEREFORE, Plaintiff and Comcast, through their undersigned respective counsel, stipulate and request that the Court approve the following revised schedule:

Expert Witness Disclosures and Discovery:

| | |
|---|---|
| 4/5/10 | Last day to identify all expert witnesses and serve written expert reports. |
| 4/19/10 | Last day to identify rebuttal experts with disclosures required by Federal Rule of Civil procedure 26(a)(2)(B). |
| 5/13/10 | Last day to complete expert discovery, including expert depositions. |

Class Certification:

| | |
|---|---|
| 5/20/10 | Last day to file class certification motion(s). |
| 6/24/10 | Hearing on class certification motion(s). |

Dated: December 23, 2009

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Daryl S. Landy
Daryl S. Landy
Attorneys for Defendant
COMCAST CORPORATION

Dated: December ___, 2009

SPIRO, MOSS LLP

By:_____
Ira Spiro
Attorneys for Plaintiff
SHAWN BLOUIN

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21326753.1

2

STIP. AND [PROP.] ORDER CONT. EXPERT
DISC. AND CLASS CERT. DEADLINES
(CASE NO. 3:08-CV-04787-MEJ)

NOW, THEREFORE, Plaintiff and Comcast, through their undersigned respective counsel, stipulate and request that the Court approve the following revised schedule:

Expert Witness Disclosures and Discovery:

| | |
|---|---|
| 4/5/10 | Last day to identify all expert witnesses and serve written expert reports. |
| 4/19/10 | Last day to identify rebuttal experts with disclosures required by Federal Rule of Civil procedure 26(a)(2)(B). |
| 5/13/10 | Last day to complete expert discovery, including expert depositions. |

Class Certification:

| | |
|---|---|
| 5/20/10 | Last day to file class certification motion(s). |
| 6/24/10 | Hearing on class certification motion(s). |

Dated: December ___, 2009

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Daryl S. Landy
Attorneys for Defendant
COMCAST CORPORATION

Dated: December 23, 2009

SPIRO, MOSS LLP

By: _____
Ira Spiro / GREGORY E. GIVENS
Attorneys for Plaintiff
SHAWN BLOUIN

# ORDER

In light of the foregoing STIPULATION of the Parties and good cause appearing, the Court ORDERS that the deadlines in this case are hereby modified as follows:

Expert Witness Disclosures and Discovery:

| | |
|---|---|
| 4/5/10 | Last day to identify all expert witnesses and serve written expert reports. |
| 4/19/10 | Last day to identify rebuttal experts with disclosures required by Federal Rule of Civil procedure 26(a)(2)(B). |
| 5/13/10 | Last day to complete expert discovery, including expert depositions. |

Class Certification:

| | |
|---|---|
| 5/20/10 | Last day to file class certification motion(s). |
| 6/24/10 | Hearing on class certification motion(s). |

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadlines in this action as described herein.

Dated: December 28, 2009

_____
HON. MARIA ELENA JAMES
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21326753.1

1

STIP. AND [PROP.] ORDER CONT. EXPERT
DISC. AND CLASS CERT. DEADLINES
(CASE NO. 3:08-CV-04787-MEJ)