SPIRO, MOSS LLP
Ira Spiro, State Bar No. 67641
11377 W. Olympic Blvd.
5th Floor
Los Angeles, CA 90064
Tel: 310.235.2468
Fax: 310.235.2456
E-mail ira@spiromoss.com

Attorney for Plaintiff
SHAWN BLOUIN


MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
JENNIFER A. LOCKHART, State Bar No. 236972
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: dlandy@morganlewis.com

Attorneys for Defendant
COMCAST CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BLOUIN, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORP. and DOES 1-50,<br><br>Defendants. | Case No. 3:08-CV-04787-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER MODIFYING DEADLINES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21567550.1

STIPULATION AND [PROPOSED] ORDER
FURTHER MODIFYING DEADLINES
(CASE NO. 3:08-CV-04787-MEJ)

Plaintiff Shawn Blouin ("Plaintiff") and Defendant Comcast Corporation ("Comcast"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this Stipulation to the Court:

**STIPULATION**

WHEREAS, on December 16, 2009, the Parties attended an initial private mediation session with Mediator Mark Rudy, and have continued to discuss conducting an additional mediation session after further discovery and depositions;

WHEREAS, on January 22, 2010, the Court issued an order approving a stipulation between the Parties setting forth deadlines for completing non-expert discovery, filing dispositive motions and motions for class certification, and other items;

WHEREAS, according to the Court's January 22, 2010 Order, the current deadline for filing dispositive motions is March 4, 2010, with a hearing date set for April 19, 2010; the current deadline to complete non-expert discovery is March 31, 2010; and the deadline for filing motions for class certification is May 6, 2010, with a hearing date set for June 10, 2010;

WHEREAS, since the December 16, 2009 mediation, the Parties have engaged in further discovery, including conducting the depositions of Plaintiff and other fact witnesses;

WHEREAS, the Parties have agreed to conduct an additional private mediation with Mediator Mark Rudy scheduled for earliest available date the parties can attend, June 8, 2010, and have been placed on the mediator's "wait list" for any mutually convenient dates in April 2010 that may become available;

WHEREAS, the Parties would like to focus their energies and resources on attempting to resolve this case;

WHEREAS, in light of the above factors, the Parties have agreed to seek to extend all existing pending deadlines to a mutually agreed-upon schedule;

WHEREAS, the Parties will submit to the Court proposed revised deadlines within ten (10) days of the completion of the mediation, if such mediation is unsuccessful;

NOW, THEREFORE, Plaintiff and Comcast, through their undersigned respective counsel, stipulate and request that the Court vacate all existing pending deadlines until after the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21567550.1                    1

STIPULATION AND [PROPOSED] ORDER
FURTHER MODIFYING DEADLINES
(CASE NO. 3:08-CV-04787-MEJ)

parties attend and participate in their second mediation session.

To avoid prejudice to the Parties and to facilitate case management, GOOD CAUSE exists to vacate the deadlines in this action as described herein.

Dated: February 26, 2010

MORGAN, LEWIS & BOCKIUS LLP

By /s/
Daryl S. Landy
Attorneys for Defendant
COMCAST CORPORATION

Dated: February 26, 2010

SPIRO, MOSS LLP

By /s/
Ira Spiro
Attorneys for Plaintiff
SHAWN BLOUIN

## ORDER

In light of the foregoing STIPULATION of the parties, the Court ORDERS that all existing pending deadlines are vacated until after the Parties attend their second private mediation session, which shall take place on or before June 8, 2010. The Court further ORDERS that, within ten (10) days of the second mediation session, the Parties will submit to the Court proposed revised deadlines, if necessary.

Dated: March 1, 2010

HON. MARIA-ELENA JAMES
U.S. District Court Judge

DB2/21567550.1

2

STIPULATION AND [PROPOSED] ORDER
FURTHER MODIFYING DEADLINES
(CASE NO. 3:08-CV-04787-MEJ)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO