SPIRO, MOSS LLP
Ira Spiro, State Bar No. 67641
11377 W. Olympic Blvd.
5th Floor
Los Angeles, CA 90064
Tel: 310.235.2468
Fax: 310.235.2456
E-mail ira@spiromoss.com

Attorney for Plaintiff
SHAWN BLOUIN


MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
THERESA MAK, State Bar No. 211435
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax: 650.843.4001
Email:  dlandy@morganlewis.com
        tmak@morganlewis.com

Attorneys for Defendant
COMCAST CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BLOUIN, individually and on behalf of other persons similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMCAST CORP. and DOES 1-50,<br><br>    Defendants. | Case No. 3:08-CV-04787-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO SUBMIT PROPOSED REVISED DEADLINES** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE TO SUBMIT
PROPOSED REVISED DEADLINES
(Case No. 3:08-CV-04787-MEJ)

Plaintiff Shawn Blouin ("Plaintiff") and Defendant Comcast Corporation ("Comcast"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this Stipulation to the Court:

**STIPULATION**

WHEREAS, on June 8, 2010, the Parties attended a second private mediation session with Mediator Mark Rudy;

WHEREAS, at the close of the mediation, the mediator made a mediator's proposal, *i.e.* a settlement recommended by the mediator that becomes effective only if accepted by both parties;

WHEREAS, the mediator set June 18, 2010 as the last date to accept or reject the proposal;

WHEREAS, the same date, June 18, 2010, is that date by which, pursuant to the Court's order of on March 1, 2010, the parties are to submit proposed revised deadlines if the case does not settle;

WHEREAS, the Parties believe it would promote efficiency and preserve resources to conclude the current settlement negotiations before submitting proposed revised deadlines because the outcome of the settlement negotiations may obviate the need to submit proposed revised deadlines;

WHEREAS, in light of the above factors, the Parties have agreed to seek to continue the deadline to submit proposed revised deadlines by two weeks, to July 2, 2010;

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE TO SUBMIT
PROPOSED REVISED DEADLINES
(Case No. 3:08-CV-04787-MEJ)

NOW, THEREFORE, Plaintiff and Defendant, through their undersigned respective counsel, stipulate and request that the Court continue the deadline for the Parties to submit proposed revised deadlines to July 2, 2010.

Dated: June 10, 2010                              MORGAN, LEWIS & BOCKIUS LLP


By  /s/  Daryl S. Landy
Daryl S. Landy
Attorneys for Defendant
COMCAST CORPORATION

Dated: June 10, 2010                              SPIRO, MOSS LLP


By  /s/  Ira Spiro
Ira Spiro
Attorneys for Plaintiff
SHAWN BLOUIN

## **ORDER**

In light of the foregoing STIPULATION of the parties, and good cause appearing, the Court hereby ORDERS that the Parties' deadline to submit proposed revised deadlines is continued to July 2, 2010.

IT IS SO ORDERED.

Dated: June 16, 2010

HON. MARIA ELENA JAMES
U.S. District Court Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE TO SUBMIT
PROPOSED REVISED DEADLINES
(Case No. 3:08-CV-04787-MEJ)