SPIRO, MOSS LLP
Ira Spiro, State Bar No. 67641
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 90064
Tel: 310.235.2468
Fax: 310.235.2456
E-mail ira@spiromoss.com

Attorney for Plaintiff
SHAWN BLOUIN


MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
THERESA MAK, State Bar No. 211435
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
Email:  dlandy@morganlewis.com
        tmak@morganlewis.com

Attorneys for Defendant
COMCAST CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BLOUIN, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORP. and DOES 1-50,<br><br>Defendants. | Case No. 3:08-CV-04787-MEJ<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER VACATING DEADLINE TO SUBMIT PROPOSED REVISED DEADLINES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21774063.2

NOTICE OF SETTLEMENT AND
STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE TO SUBMIT
(Case No. 3:08-CV-04787-MEJ)

1  Plaintiff Shawn Blouin ("Plaintiff") and Defendant Comcast Corporation ("Comcast"), the
2  parties to the above-entitled action (collectively referred to herein as the "Parties"), hereby notify
3  the Court that the Parties have reached a tentative settlement and submit the following Stipulation
4  to the Court:

5  **STIPULATION**

6  WHEREAS, on June 8, 2010, the Parties attended a second private mediation session with
7  Mediator Mark Rudy;

8  WHEREAS, at the close of the mediation, the mediator made a mediator's proposal, *i.e.* a
9  settlement recommended by the mediator that becomes effective only if accepted by both parties,
10 and ultimately set June 21, 2010 as the last date to accept or reject the proposal;

11 WHEREAS, the Parties accepted the mediator's proposal on June 21, 2010, and are
12 currently preparing a settlement agreement which incorporates the terms of the mediator's
13 proposal;

14 WHEREAS, the Parties intend to execute a settlement agreement which incorporates the
15 terms of the mediator's proposal and Plaintiff intends to file a Motion for Preliminary Approval
16 within the next sixty (60) days;

17 WHEREAS, on July 16, 2010, the Court ordered that the Parties submit proposed revised
18 deadlines by July 2, 2010;

19 WHEREAS, in light of the above, the Parties believe that the submission of proposed
20 revised deadlines is no longer necessary;

21 NOW, THEREFORE, Plaintiff and Comcast, through their undersigned respective
22 counsel, stipulate and request that the Court vacate the order requiring the Parties to submit
23 proposed revised deadlines by July 2, 2010.

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

DB2/21774063.2

NOTICE OF SETTLEMENT AND
STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE TO SUBMIT
(Case No. 3:08-CV-04787-MEJ)

Dated: June 25, 2010                     MORGAN, LEWIS & BOCKIUS LLP

By   /s/  Daryl S. Landy
    Daryl S. Landy
    Attorneys for Defendant
    COMCAST CORPORATION

Dated: June 25, 2010                     SPIRO, MOSS LLP

By   /s/  Ira Spiro
    Ira Spiro
    Attorneys for Plaintiff
    SHAWN BLOUIN

## **ORDER**

In light of the foregoing STIPULATION of the parties, and good cause appearing, the Court hereby VACATES its July 16, 2010 Order requiring the Parties to submit proposed revised deadlines by July 2, 2010. The parties must file no later than September 1, 2010 a joint status report regarding the settlement documentation if the anticipated motion for preliminary approval has not been filed on or before that date.

IT IS SO ORDERED.

Dated: June 29, 2010

HON. MARIA ELENA JAMES
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21774063.2

NOTICE OF SETTLEMENT AND
STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE TO SUBMIT
(Case No. 3:08-CV-04787-MEJ)