Ira Spiro, Esq. (State Bar No. 67641)
ira@spiromoss.com
H. Scott Leviant, Esq. (State Bar No. 200834)
scott@spiromoss.com
Linh Hua, Esq. (State Bar No. 247419)
Linh@spiromoss.com
**SPIRO MOSS LLP**
11377 W. Olympic Blvd., 5th Floor
Los Angeles, California 90064-1683
Telephone: (310) 235-2468
Facsimile:  (310) 235-2456

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BLOUIN, individually and on behalf of other persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>COMCAST CORP. and DOES 1-50,<br><br>    Defendants. | Case No. 3:08-CV-04787-MEJ<br><br>**PLAINTIFF'S STATUS REPORT AND ORDER THEREON**<br><br>Judge:    Hon. Maria-Elena James<br>Location: Courtroom B<br><br>Complaint filed: September 17, 2008<br>Action removed: October 15. 2008 |

1  Plaintiff submits this Status Report pursuant to the December 3, 2010 e-
2  mail from Chris Nathan, Law Clerk to the Honorable Maria-Elena James.

3  As directed in the email, this report is to update the Court regarding the
4  parties' progress towards obtaining preliminary approval of their class action
5  settlement.  (This report could not be joint because what we understand to be
6  defense counsel's vacation schedule.)

7  A. This is a wage and hour class action.  As a result of mediation, the
8  parties came to agreement on all material settlement terms in June 2010.  The
9  formal settlement agreement, entitled Joint Stipulation of Class Action
10 Settlement and Release, was negotiated at great, great length, and Plaintiff has
11 signed it.

12 Plaintiff awaits receipt of Defendant's signature on that Joint
13 Stipulation.

14 B. Since November 2010, Plaintiff has been prepared to file his
15 Motion for Preliminary Approval of Class Action Settlement.  However, at
16 Defendant's insistence, the Joint Stipulation provides that the Motion for
17 Preliminary Approval cannot be filed until a First Amended Complaint has
18 been filed.  The parties have agreed on a First Amended Complaint. However,
19 a First Amended Complaint cannot be filed without a stipulation and order that
20 it may be filed.  A stipulation has been written.

21 Plaintiff awaits Defendant's signature on the stipulation.

22 C. In the interests of the class, Plaintiff wishes to eliminate further
23 delay in finalizing this settlement.  Upon receiving Defendant's signature on
24 the stipulation to file the First Amended Complaint, Plaintiff will promptly file
25 (i) the signed stipulation with the First Amended Complaint attached, and (ii)
26 his Motion for Preliminary Approval, with the Joint Stipulation of Class
27 Action Settlement and Release attached.

28 D. Thus, Plaintiff recommends that the Court order as follows:

1. That Defendant sign the Stipulation to file First Amended Complaint and transmit the signed stipulation to counsel for Plaintiff by email, all by January $\frac{21}{7}$, 2011.

2. That Defendant sign the Joint Stipulation of Class Action Settlement and transmit the signed stipulation to counsel for Plaintiff by email, all by January $\frac{21}{7}$, 2011

Respectfully submitted,          SPIRO MOSS LLP

Dated: December 23, 2010          By          /s/
                                  Ira Spiro
                                  Attorneys for Plaintiffs

Defendant shall comply with the deadlines above, as altered.  If unable to comply with the deadlines, the parties shall file a joint statement by January 25, 2011.

Dated: January 6, 2011



Judge Maria-Elena James, United States District Court, Northern District of California