1  Ira Spiro (State Bar No. 67641)
   ira@spiromoss.com
2  H. Scott Leviant (State Bar No. 200834)
   scott@spiromoss.com
3  Linh Hua (State Bar No. 247419)
   linh@spiromoss.com
4  **SPIRO MOSS LLP**
   11377 W. Olympic Blvd., 5th Floor
5  Los Angeles, California 90064-1683
   Telephone:  (310) 235-2468
6  Facsimile:   (310) 235-2456

7  Attorneys for Plaintiffs

8  Daryl S. Landy (State Bar No. 136288)
   dlandy@morganlewis.com
9  Theresa Mak (State Bar No. 211435)
   tmak@morganlewis.com
10 **MORGAN LEWIS & BOCKIUS LLP**
   2 Palo Alto Square
11 3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
12 Telephone:  (650) 843-4000
   Facsimile:   (650) 843-4001
13
   Attorneys for Defendant
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| SHAWN BLOUIN, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COMCAST CORP.,<br><br>　　　　　Defendant. | Case No.: 3:08-CV-04787-MEJ<br><br>**STIPULATION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND [PROPOSED] ORDER THEREON**<br><br>Date Action Filed: September 17, 2008<br>Date Removed:　　October 17, 2008<br>Trial Date:　　　　None |

# STIPULATION

This Stipulation is entered into by and between Plaintiff Shawn Blouin ("Plaintiff") and Defendant Comcast Corp. ("Defendant"), based upon the following facts, as well as the concurrently-filed Declarations Eric Springer of Simpluris, Inc. and H. Scott Leviant:

1. On January 31, 2011, Plaintiff filed his Motion for Preliminary Approval of Class Action Settlement and noticed a hearing date of March 10, 2011.

2. On February 1, 2011, Chris Nathan, Law Clerk to Hon. Marie-Elena James, advised that if the parties agree to the terms of the settlement and believe a hearing is unnecessary the Court prefers for the parties to enter into stipulations for both preliminary and final approval, in lieu of briefing and setting a hearing date.

3. The parties fully executed the Joint Stipulation of Settlement and Class Action Release on January 20, 2011, and both parties are in agreement as to the terms of the settlement as set forth therein. The Joint Stipulation of Settlement and Class Action executed by the parties is attached hereto as Exhibit 1.

4. On February 3, 2011, the Court granted preliminary approval of the proposed class action settlement under the terms set forth in the Joint Stipulation of Settlement and Class Action.

5. Both parties agree that final approval of this settlement as set forth in the Joint Stipulation of Settlement and Class Action should be granted, as the settlement terms are fair, reasonable and adequate under Federal Rule of Civil Procedure 23(e) and the class reaction has been positive in that (1) there are no known objections, (2) there is only one known opt-out, and (3) well over 60% of the available work weeks have been claimed by class members.

6. Both parties believe that a hearing regarding final approval is unnecessary.

7. Both parties believe that a hearing regarding an award of attorney's fees, costs and class representative enhancement award is unnecessary, given that

the class has had ample opportunity to access Plaintiff's Motion for Fees, Costs and Enhancement Award, and object to those requested awards but did not do so.

Based on the foregoing, the parties stipulate as follows:

1. The parties' Joint Stipulation of Class Action Settlement and Release should be finally approved;

2. The Court should enter the [Proposed] Order for Final Approval of Class Action Settlement, submitted concurrently herewith; and

3. The Court should enter the [Proposed] Order for and Award of Attorney's Fees, Costs and Enhancement Award, filed with the Court on or about March 3, 2011.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 8, 2011    SPIRO MOSS LLP

By: /s/ H. S. Leviant

Ira Spiro
H. Scott Leviant[1]
Linh Hua

Attorneys for Plaintiffs

Dated: June 8, 2011    MORGAN LEWIS & BOCKIUS LLP

By: /s/ Theresa Mak, by permission
Daryl S. Landy
Theresa Mak

Attorneys for Defendant

---

[1] The filing attorney hereby attests that he will maintain on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

The parties in the above-captioned case entered into a Stipulation for Final Approval of Class Action Settlement. After considering the Stipulation, the facts upon which the Stipulation is based, and good cause appearing, it is hereby ORDERED:

1. The parties' Joint Stipulation of Class Action Settlement and Release, attached hereto as Exhibit 1, is finally approved;

2. The Order for Final Approval of Class Action Settlement, submitted concurrently with the filing of the Stipulation, is entered; and

3. The [Proposed] Order for and Award of Attorney's Fees, Costs and Enhancement Award, filed with the Court on or about March 1, 2011, is entered.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 9, 2011

Hon. Maria-Elena James
CHIEF MAGISTRATE
UNITED STATES DISTRICT COURT JUDGE